WILLIAM G. MALCOLM, #129271
KERRY MOYNIHAN, #250571
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 Telephone
(949) 252-1032 Fax

**Attorneys for Secured Creditor,
CENTRAL MORTGAGE COMPANY
D/B/A Central Mortgage Loan Servicing Company**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 1:09-bk-21819-KT |
| MIGUEL ORTEGA MARTINEZ, and | Chapter 13 |
| ALICIA MARTINEZ | **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |
| Debtors. | MEETING OF CREDITORS:<br>DATE: October 21, 2009<br>TIME: 10:00 AM<br>PLACE: 21051 Warner Center Lane, RM 105<br><br>CONFIRMATION HEARING:<br>DATE: December 01, 2009<br>TIME: 10:00 AM<br>PLACE: 21041 Burbank Blvd,, Crtrm 301 |

TO THE HONORABLE KATHLEEN THOMPSON, UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTORS' COUNSEL AND THE DEBTORS:

CENTRAL MORTGAGE COMPANY D/B/A Central Mortgage Loan Servicing Company ("CMC") is the holder of a secured claim recorded against the property in which the Debtor has an interest. CMC is, therefore, a party in interest and has standing to object to the Debtors' Chapter 13 Plan.

CMC is the holder of a claim secured only by a security interest in real property that is the above named Debtors' principal residence. The subject property is commonly known as 11444

Amboy Avenue, San Fernando, California. The total amount that is due and owing under the Promissory Note is approximately $314,541.50 and the pre-petition arrearage owed is approximately $27,998.39. CMC objects to the Plan on the following grounds:

The Debtors' Plan understates the pre-petition arrearages owed to CMC. As the Debtors' Plan payment is not sufficient to cure the full amount of the pre-petition arrears owed, the Plan is infeasible and does not satisfy §1322(b)(5) or §1325.

Based on the foregoing, CMC respectfully requests that the Court deny confirmation on the Debtors' Chapter 13 Plan or order that the Chapter 13 Plan be amended to provide for full payment of CMC's pre-petition arrearages.

DATED: October 21, 2009 　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　MALCOLM CISNEROS, A Law Corporation


　　　　　　　　　　　　　　　　　　　　　　　　*/s/William G. Malcolm*
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM G. MALCOLM
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Secured Creditor,
　　　　　　　　　　　　　　　　　　　　　　　　CENTRAL MORTGAGE COMPANY

| In re:<br>MIGUEL ORTEGA MARTINEZ, and<br>ALICIA MARTINEZ | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-21819-KT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Malcolm ♦ Cisneros
A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, CA 92612

A true and correct copy of the foregoing document described **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 21, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**CHAPTER 13 TRUSTEE:** Elizabeth Rojas, cacb_ecf_sv@ch13wla.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **October 21, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTORS:** Miguel Ortega Martinez & Alicia Martinez, 11444 Amboy Ave., San Fernando, CA 91340
**DEBTOR'S ATTORNEY:** Leroy Bishop Austin, 3250 Wilshire Blvd. Ste. 1500, Los Angeles, CA 90010
**JUDGE:** Honorable Kathleen Thompson, 21041 Burbank Boulevard, Suite 305, Woodland Hills, CA 91367

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 21, 2009 | Keri Livingston | *Keri Livingston* (signature) |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**